# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131296 & (89)

CITY OF RIVERVIEW,
       Plaintiff-Appellant,

v

SIBLEY LIMESTONE,
       Defendant-Appellee.

_____

SC:    131296
CoA:  257337
Wayne CC:  04-500018

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2006

_____
Clerk